IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY L. YOUNG, JR.                                                             PLAINTIFF

V.                              NO: 5:16CV00286 JM

TASHA CLARK, et al,                                                DEFENDANTS

**ORDER**

Plaintiff, an inmate confined at the W.C. "Dub" Brassell Adult Detention Center, has filed a notice of appeal along with a motion for leave to appeal *in forma pauperis* (ECF No. 8). On October 5, 2016, the Court adopted the Proposed Findings and Recommended Disposition which found that an appeal taken from the order and judgment dismissing this action would be frivolous and not in good faith. (ECF No. 6). As a result, the motion to appeal *in forma pauperis* is denied.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion for leave to appeal *in forma pauperis* (docket entry # 8) is DENIED.

2. Within thirty (30) days of this order's entry date, Plaintiff must either:

   (a) pay to this court the $505.00 appellate filing and docketing fees; or

   (b) file, with the United States Court of Appeals for the Eighth Circuit, a motion with an attached affidavit that complies with each mandate of Federal Rule of Appellate Procedure 24(a).

3. Plaintiff is directed to file any future documents or pleadings related to his appeal with the United States Court of Appeals for the Eighth Circuit.

DATED this 26th day of October, 2016.

                                                                   UNITED STATES DISTRICT JUDGE